**Opinion issued February 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00897-CV**

———————————

**ANGELA HARP AND PSALM37FIVE, LLC, Appellants**

**V.**

**ALAN HANSON, Appellee**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Case No. 23-CV-2035**

---

## MEMORANDUM OPINION

Appellants, Angela Harp and Psalm37Five, LLC, filed a notice of appeal from the trial court's judgment signed on October 15, 2024. On January 23, 2025, appellants filed a motion to dismiss their appeal, stating that they requested dismissal

of their appeal because they "no longer wish[ed] to pursue it." *See* TEX. R. APP. P. 42.1(a)(1).

No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Appellants' motion includes a certificate of conference stating that they conferred with appellee, Alan Hanson, who did not oppose the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5).

Accordingly, the Court grants appellants' motion and dismisses their appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.